■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HEAD, Appellant. [789 NYS2d 692]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 9, 2003, (*see People v Head,* 306 AD2d 356 [2003]), affirming a judgment of the County Court, Suffolk County, rendered April 26, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., H. Miller, Goldstein and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS KUCHARCZYK, Appellant. [790 NYS2d 522]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered April 23, 2002, convicting him of criminal mischief in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The decision to permit a defendant to withdraw a plea of guilty is a matter for the sound discretion of the court (*see People v Selikoff,* 35 NY2d 227 [1974], *cert denied* 419 US 1122 [1975]; *People v Johnson,* 288 AD2d 491 [2001]). Here, the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed (*see People v Selikoff, supra* at 241; *People v Kostka,* 292 AD2d 634 [2002]; *cf. People v McCready,* 296 AD2d 423 [2002]). Accordingly, there was no basis for the County Court to grant his request to withdraw his plea. Santucci, J.P., Krausman, Mastro and Skelos, JJ., concur.